IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R.I., <br><br> Plaintiff, <br><br> v. <br><br> PAM BONDI, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 25-2010 |

# **ORDER**

**AND NOW**, this 22nd day of April 2025, upon consideration of Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 2), it is **ORDERED** that a hearing on the Motion (Doc. No. 2) will be held on **April 28, 2025 at 11:00 a.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.