**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

**R.I.,**

    *Plaintiff,*

    v.

**PAM BONDI, Attorney General of the United States,** *et al.*

    *Defendants.*

Civil No.: 2:25-cv-02010-JHS

Hon. JOEL H. SLOMSKY

**NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, respectfully notifies this Honorable Court of his desire to voluntarily dismiss the complaint (Doc. 1) as the underlying controversy has been resolved and this matter is now moot.  Further, Plaintiff affirms that each party shall bear their own costs and fees.

Dated: April 28, 2025

Respectfully Submitted,

*s/ Christopher M. Casazza, Esq.*
Christopher M. CASAZZA, Esquire
Bar No. PA309567
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
p. (215) 576-9000
f. (215) 689-3531
chris@piclaw.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, Christopher M. Casazza, Esq. hereby certify that I caused a true and correct copy of the attached Rule 41(a) Notice of Voluntary Dismissal to be served on the following person(s) at the following address(es) via the Court's CM/ECF electronic notification and service system:

Stacey L. B. Smith
Andrew R. Fuchs
Assistant United States Attorney, Civil Division
U.S. Attorney's Office - Eastern District of Pennsylvania
615 Chestnut Street | Suite 1250 | Philadelphia, PA 19106

Dated: April 28, 2025

*s/ Christopher M. Casazza, Esq.*
Christopher M. CASAZZA, Esquire
Bar No. PA309567
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
p. (215) 576-9000
f. (215) 689-3531
chris@piclaw.com

ATTORNEY FOR PLAINTIFF